[No. 21395-4-I.  Division One.  March 21, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
LAWRENCE MIGUEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87-8-04004-8, Nancy A. Holman, J., entered
November 19, 1987. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 20607-9-I.  Division One.  March 21, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN RAY
SCHREIBER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87-1-00831-9, Frank H. Roberts, Jr., J.,
entered April 26, 1987. *Reversed* by unpublished per
curiam opinion.

[No. 20299-5-I.  Division One.  March 21, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK J.
HOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87-1-00078-2, Gerald L. Knight, J.,
entered April 17, 1987. *Reversed* and *dismissed* by unpublished per curiam opinion.

[No. 20384-3-I.  Division One.  March 21, 1988.]

JAMES A. MANNS, *Individually and as Administrator,
Appellant*, v. NORTHWESTERN NATIONAL LIFE
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-09941-7, Frank D. Howard, J., entered
May 5, 1987. *Reversed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Grosse, J.